184 So.2d 733

Robert Lee THOMAS

v.

J. Howell FLOURNOY, Sheriff, Parish of Caddo.

No. 48129.

April 1, 1966.

In re: Robert Lee Thomas applying for writ of habeas corpus.

Writ refused. The application discloses no abuse of the discretion vested in the district court by L.R.S. 15:121.

184 So.2d 733

Minel L. GEISMAR

v.

GENERAL GAS CORPORATION et al.

No. 48114.

April 15, 1966.

In re: Leon Simon Geismar et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 182 So.2d 769.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.